```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX CORTIJO,

                              Plaintiff,

-against-

1711 DAVIDSON AVE HDFC and UHAB.ORG,

                              Defendants.

ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE

19-CV-3047 (PGG) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

The case management conference case scheduled for May 20, 2020 is hereby canceled. The parties shall submit their joint status letter by **July 14, 2020,** as previously directed.

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

05/15/2020